UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


**JEROME L. GRIMES,**

                **Plaintiff,**

**v.**                                           **Case No: 6:19-cv-1026-Orl-41TBS**

**M. R. BONNER, FLORIDA HIGHWAY
PATROL and STATE OF FLORIDA,**

                **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application," Doc. 2). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation ("R&R," Doc. 3), in which he recommends that the Application be denied. He further recommends that the Complaint (Doc. 1) be dismissed without leave to amend because Plaintiff has previously filed cases "that were ultimately dismissed due to incoherency and the failure to state a cause of action." (Doc. 3 at 3).

Instead of filing an objection to Judge Smith's R&R, Plaintiff filed an Amended Complaint (Doc. 4). The Amended Complaint appears to be a copy of the original Complaint, and thus, suffers from the same defects. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 2, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party